THE UNITED STATES DISTRICT COURT WESTERN DISTRICT OF
WASHINGTON AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., a Washington corporation,<br>                                    Plaintiff,<br>vs.<br>EAST WEST SEAFOODS L.L.C., a Washington limited liability company,<br>                                    Defendant. | Case No.:<br><br>**COMPLAINT** |

Plaintiff Coastal Transportation, Inc., alleges as follows:

## I.    PARTIES

1.1    Plaintiff Coastal Transportation, Inc., ("Coastal") is a Washington corporation with a business address of 4025 13th Avenue West, Seattle, King County, Washington.

1.2    Defendant East West Seafoods L.L.C. ("EWS") is a Washington limited liability company with business address of 1900 W Nickerson, STE 116-53, Seattle, WA 98119.

## II.    JURISDICTION AND VENUE

2.1    This Court has jurisdiction over this matter under 28 U.S.C. § 1333, Admiralty. This is an admiralty or maritime claim within the meaning of Rule 9(h), Fed. R. Civ. P.

2.2    Venue is proper in this Court under Section 28 of the Terms and Conditions of Coastal's Bill of Lading, incorporated into the agreement between the parties, providing that any

**COMPLAINT - 1**
No.

Holmes Weddle & Barcott, a
Professional Corporation
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

suit shall be filed only in the United States District Court for the Western District of Washington.

### III. FACTS

3.1 Plaintiff Coastal is a marine transportation and logistics company located in King County, Washington. As part of its operations, Coastal ships cargo for various customers, including Defendant EWS.

3.2 Coastal shipped cargo for EWS on various dates during the year 2017. Coastal invoiced EWS for these services on six occasions between April 19, 2017 and May 19, 2017 (collectively, the "Invoices"). A true and correct copy of these invoices are attached hereto as Exhibits 1-6.

3.3 Pursuant to the terms of each invoice, all amounts are due upon receipt.

3.4 Per Part I, Item No. 6.G of Coastal's Tariff, made a part of and incorporated into every invoice, "Interest at the rate of one and one half percent (1.5%) per month shall accrue on all undisputed freight and charges from thirty (30) days past due until paid in full. Interest shall be simple, not compound." The interest due as of October 20, 2017 is $1,442.51 and continues to accrue at the daily rate of $10.04.

3.5 As of May 19, 2017, the date of Coastal's final invoice to EWS, EWS owed a total outstanding principal balance of $20,366.04.

3.6 EWS has failed to pay the $20,366.04 principal balance now due and owing under the Invoices.

### IV. CAUSE OF ACTION— FAILURE TO PAY FOR FREIGHT SERVICES

4.1 Plaintiff realleges the foregoing as if fully set forth.

4.2 Defendant EWS ordered services from Coastal for shipment of cargo, which Coastal timely performed. Pursuant to Coastal's full performance of its obligations, Defendant

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

EWS is contractually obligated to pay Coastal the final principal balance due and owing under the Invoices of $20,366.04, plus interest on each invoiced amount from the date 30 days after such invoice was due.

4.3   Defendant EWS has paid only $15,000 of Invoice #IN018438 dated April 19, 2017, and has not paid the remainder due and owing under Invoice #IN018438 or any of the remaining Invoices.

4.4   By failing to make full payment of the total amounts due and owing under the Invoices, Defendant EWS is liable to Coastal for failing to pay all amounts owed in the principal sum of $20,366.04 plus interest on each invoiced amount from the date 30 days after such invoice was due.

4.5   Part I, Item No. 6.J of Coastal's Tariff provides that Coastal is entitled to recover from EWS "all legal fees and costs incurred with respect to the exercise of [Coastal's] rights and remedies to collect freight and charges on the [product shipped]."

## V.   ACCOUNT STATED

5.1   Plaintiff realleges the foregoing as if fully set forth.

5.2   Coastal rendered a series of writings evidencing a total balance on Defendant EWS's account to Defendant in the form of the Invoices.

5.3   Defendant EWS acquiesced to the written accounts by failing to object to the correctness of any of the Invoices within a reasonable amount of time.

5.4   By failing to object to the Invoices, Defendant EWS is liable to Coastal for account stated in the amount of $20,366.04 plus interest on each invoiced amount from the date 30 days after such invoice was due.

## VI.   REQUEST FOR RELIEF

Holmes Weddle & Barcott, a
Professional Corporation
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA  98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289

WHEREFORE, Plaintiff seeks and respectfully requests the following relief:

1. For judgment against defendant East West Seafoods L.L.C. and in favor of plaintiff Coastal Transportation, Inc., for failure to pay for freight services, and account stated;

2. For an award of damages in an amount not less than $20,366.04 plus additional interest accruing on each invoiced amount from the date 30 days after such invoice was due, in the amount of $1,442.51 and $10.04 for each day after October 20, 2017, as well as other damages this Court deems appropriate;

3. For attorney fees of $1,000 subject to adjustment if the claims are contested;

4. For other such relief in law or equity as the Court deems just and proper.

DATED this 20th day of October, 2017.

        HOLMES WEDDLE & BARCOTT
        Attorneys for plaintiff Coastal Transportation, Inc.

        s/ John E. Casperson
        John E. Casperson, WSBA No. 14292
        Eric Siebert, WSBA No. 49994
        999 Third Avenue, Suite 2600
        Seattle, WA 98104-4011
        Fax: 206-340-0289
        Email: esiebert@hwb-law.com
               jcasperson@hwb-law.com

COMPLAINT - 4
No.

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008
FAX (206) 340-0289



**Coastal Transportation**

| | |
|---|---|
| Invoice No. | IN018161 |
| Invoice Date: | 4/19/2017 |

Coastal Standard 10 S

**Total Due:** 354.13 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA 98119

**Inquiries:**
Rate: Traffic Dept - traffic@coastaltransportation.com
Payment: Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA): 125000024
Account No.: 000001095314
Please email remittance to: accounting@coastaltransportation.com

**Invoice Summary:**

| Coastal Standard 10 S | Departure: 2/17/2017 .. Arrival: 3/13/2017 |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | Total Charges |
|---|---|---|---|---|---|
| BK004565 | | | | 1,470 LBs | 334.13 |

**Invoice Detail:**

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | SEATTLE - COASTAL | BK004565 | | |

**Consignee:** EAST WEST SEAFOODS  **Shipper:** EAST WEST SEAFOODS LLC

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | EACH MT AMMONIA TANK (375-05) | 1,470 | 375.00 Gallons | 1607-00-0002 | 0.66 /G | 247.50 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 49.50 |
| | WHARFAGE: DUTC-CTI | | | WH | | 37.13 |
| | | | | | BL Total | $334.13 |

**Comments:**

| | |
|---|---|
| PORT SECURITY FEE | 20.00 |
| Subtotal: | $354.13 |
| Sales Tax: | 0.00 |
| Total Due: | $354.13 |

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
Coastal Transportation, Inc.
4025 13th Avenue West
Seattle, WA 98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Exhibit 1 to Complaint



**Invoice No.** IN018162
**Invoice Date:** 4/19/2017

Coastal Standard 10

**Total Due:** 868.00 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA  98119

**Inquiries:**
Rate:      Traffic Dept - traffic@coastaltransportation.com
Payment:   Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA):   125000024
Account No.:     000001095314
Please email remittance to: accounting@coastaltransportation.com

**Invoice Summary:**

| Coastal Standard 10 | Departure: 2/17/2017 .. Arrival: |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | Total Charges |
|---|---|---|---|---|---|
| IN018162 | | | | 0  LBs | 868.00 |

**Invoice Detail:**

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| SEATTLE - COASTAL | | IN018162 | | |
| Consignee: EAST WEST SEAFOODS LLC | | Shipper: | | |

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| | TRUCKING OF BAIT TO COASTAL TRANSPORTATION | | | | 434.00 /E | 868.00 |
| | | | | | BL Total | $868.00 |

**Comments:**

Subtotal:  $868.00
Sales Tax:   0.00
Total Due:  $868.00

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
Coastal Transportation, Inc.
4025 13th Avenue West
Seattle, WA  98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Exhibit 2 to Complaint



# Coastal Transportation

Invoice No.: IN018437
Invoice Date: 4/19/2017

Coastal Progress 116 I

**Total Due:** 300.00 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA 98119

**Inquiries:**
Rate: Traffic Dept - traffic@coastaltransportation.com
Payment: Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA): 125000024
Account No.: 000001095314
Please email remittance to: accounting@coastaltransportation.com

## Invoice Summary:

| Coastal Progress 116 I | Departure: 4/7/2017 .. Arrival: |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | Total Charges |
|---|---|---|---|---|---|
| BK004544 | | | | 0 LBs | 300.00 |

## Invoice Detail:

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK004544 | | |
| Consignee: TO ORDER OF SHIPPER | | Shipper: EAST WEST SEAFOODS LLC | | |

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 12 | STRETCH WRAP PER ROLL | | | A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 | 25.00 /E | 300.00 |
| | | | | | BL Total | $300.00 |

**Comments:**

Subtotal: $300.00
Sales Tax: 0.00
Total Due: $300.00

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
Coastal Transportation, Inc.
4025 13th Avenue West
Seattle, WA 98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Exhibit 3 to Complaint



| | |
|---|---|
| Invoice No. | IN018438 |
| Invoice Date: | 4/28/2017 |

Coastal Progress 116 I

**Total Due:** 31,880.22 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA 98119

**Inquiries:**
Rate: Traffic Dept - traffic@coastaltransportation.com
Payment: Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA): 125000024
Account No.: 000001095314
Please email remittance to: accounting@coastaltransportation.com

**Invoice Summary:**

| Coastal Progress 116 I | Departure: 4/7/2017 .. Arrival: |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | | Total Charges |
|---|---|---|---|---|---|---|
| BK004378 | | | MR# 110365 | 163,611 | LBs | 30,000.00 |
| BK004406 | | | CP000006 | 49 | LBs | 40.41 |
| BK004409 | | | MR# 116133 | 4,300 | LBs | 1,819.81 |

**Invoice Detail:**

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK004378 | | MR# 110365 |

**Consignee:** P/V PACIFIC PRODUCER  **Shipper:** HARBOR COLD STORAGE

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 6,803 | CASE(S) FROZEN BAIT | 163,611 | 163,611.00 LBS | 1545-15-0009 | 18.34 /W | 30,000.00 |
| | | | | | BL Total | $30,000.00 |

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK004406 | | CP000006 |

**Consignee:** F/V DELIVERANCE  **Shipper:** EAST WEST SEAFOODS

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | BOX(ES) GROCERIES CHILL | 26 | 26.00 LBS | 0000-20-0009 | 61.07 /W | 15.88 |
| 1 | BOX(ES) GROCERIES FROZEN | 23 | 23.00 LBS | 0000-20-0009 | 61.07 /W | 14.05 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 5.99 |
| | WHARFAGE: DUTC-CTI | | | WH | | 4.49 |
| | | | | | BL Total | $40.41 |

Continued on next page...

Page 1 of 2 | 4025 13th Avenue West Seattle WA 98119 | 206-282-9979 T | 206-283-9121 F | www.coastaltransportation.com W | Serving Alaska Since 1984

Exhibit 4 to Complaint



**Invoice No.** IN018438
**Invoice Date:** 4/28/2017

Coastal Progress 116 I

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK004409 | | MR# 116133 |

**Consignee:** F/V PACIFIC PRODUCER  **Shipper:** EAST-WEST SEAFOODS

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 2 | PALLET(S) BOTTLED WATER | 4,300 | 4,300.00 LBS | 1130-00-0009 | 31.35 /W | 1,348.01 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 269.60 |
| | WHARFAGE: DUTC-CTI | | | WH | | 202.20 |
| | | | | | **BL Total** | **$1,819.81** |

**Comments:**

PORT SECURITY FEE  20.00
**Subtotal:** $31,880.22
Sales Tax: 0.00
**Total Due:** **$31,880.22**

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
**Coastal Transportation, Inc.**
4025 13th Avenue West
Seattle, WA 98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Page 2 of 2 | 4025 13th Avenue West Seattle WA 98119 | 206-282-9979 T | 206-283-9121 F | www.coastaltransportation.com W | Serving Alaska Since 1984

Exhibit 4 to Complaint



**Coastal Transportation**

Invoice No. IN018721
Invoice Date: 5/17/2017

Coastal Nomad 116 I

**Total Due:** 760.02 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA 98119

**Inquiries:**
Rate: Traffic Dept - traffic@coastaltransportation.com
Payment: Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA): 125000024
Account No.: 000001095314
Please email remittance to: accounting@coastaltransportation.com

**Invoice Summary:**

| Coastal Nomad 116 I | Departure: 4/21/2017 .. Arrival: 5/17/2017 |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | Total Charges |
|---|---|---|---|---|---|
| BK005117 | | | MR# 000104 | 112 LBs | 107.40 |
| BK005118 | | | MR# 000103 | 89 LBs | 346.22 |
| BK005119 | | | MR# 000096 | 500 LBs | 211.61 |
| BK005120 | | | MR# 000105 | 60 LBs | 74.79 |

**Invoice Detail:**

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK005117 | | MR# 000104 |

**Consignee:** F/V DELIVERANCE  **Shipper:** F/V DELIVERANCE

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 3 | CASE(S) SUPER CLEAN/OIL | 112 | 112.00 LBS | 1130-00-0009 | 31.35 /W | 35.11 |
| 1 | PACSTEVE RECEIVING FEE | | | A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 | 60.00 /E | 60.00 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 7.02 |
| | WHARFAGE: DUTC-CTI | | | WH | | 5.27 |
| | | | | | BL Total | $107.40 |

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK005118 | | MR# 000103 |

**Consignee:** P/V PACIFIC PRODUCER  **Shipper:** P/V PACIFIC PRODUCER

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 6 | CASE(S) ABSORBANTS PADS/RAGS/BOOMS | 89 | 22.22 Cuft | 2300-00-0009 | 9.54 /M | 212.02 |
| 1 | PACSTEVE RECEIVING FEE | | | A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 | 60.00 /E | 60.00 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 42.40 |
| | WHARFAGE: DUTC-CTI | | | WH | | 31.80 |
| | | | | | BL Total | $346.22 |

Continued on next page...

Exhibit 5 to Complaint



**Coastal Transportation**

| | |
|---|---|
| Invoice No. | IN018721 |
| Invoice Date: | 5/17/2017 |

Coastal Nomad 116 I

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK005119 | | MR# 000096 |

**Consignee:** P/V PACIFIC PRODUCER  **Shipper:** P/V PACIFIC PRODUCER

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 1 | PALLET(S) GROCERIES DRY | 500 | 500.00 LBS | 1130-00-0009 | 31.35 /W | 156.75 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 31.35 |
| | WHARFAGE: DUTC-CTI | | | WH | | 23.51 |
| | | | | | BL Total | $211.61 |

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| DUTCH HARBOR - COASTAL | ADAK - ADAK-VESSEL | BK005120 | | MR# 000105 |

**Consignee:** F/V INSATIABLE  **Shipper:** F/V INSATIABLE

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 2 | EACH PAIL OIL | 60 | 60.00 LBS | 2345-00-0009 | 18.27 /W | 10.96 |
| 1 | PACSTEVE RECEIVING FEE | | | A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 | 60.00 /E | 60.00 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 2.19 |
| | WHARFAGE: DUTC-CTI | | | WH | | 1.64 |
| | | | | | BL Total | $74.79 |

**Comments:**

| | |
|---|---|
| PORT SECURITY FEE | 20.00 |
| **Subtotal:** | **$760.02** |
| Sales Tax: | 0.00 |
| **Total Due:** | **$760.02** |

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
Coastal Transportation, Inc.
4025 13th Avenue West
Seattle, WA 98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Page 2 of 2 | 4025 13th Avenue West Seattle WA 98119 | 206-282-9979 T | 206-283-9121 F | www.coastaltransportation.com W | Serving Alaska Since 1984

Exhibit 5 to Complaint



# Coastal Transportation

| | |
|---|---|
| Invoice No. | IN018843 |
| Invoice Date: | 5/19/2017 |

Coastal Progress 117 N

**Total Due:** 1,203.67 USD
Due On Receipt

**Bill To:**
C4082
EAST WEST SEAFOODS LLC
CHRIS TSABOURIS
1900 W NICKERSON
STE 16-175
SEATTLE, WA 98119

**Inquiries:**
Rate: Traffic Dept - traffic@coastaltransportation.com
Payment: Acctg Dept - billing@coastaltransportation.com

**Electronic Remittance:**
Routing (ABA): 125000024
Account No.: 000001095314
Please email remittance to: accounting@coastaltransportation.com

**Invoice Summary:**

| Coastal Progress 117 N | Departure: 5/5/2017 .. Arrival: |
|---|---|

| Booking/ B/L No. | Equipment No. | Seal No. | Cust. PO No. | Total Gross WT. | Total Charges |
|---|---|---|---|---|---|
| BK005009 | | | | 2,325 LBs | 1,183.67 |

**Invoice Detail:**

| Loading | Discharge | Booking B/L No. | Receipt No. | Cust PO No. |
|---|---|---|---|---|
| SEATTLE - COASTAL | DUTCH HARBOR - COASTAL | BK005009 | | |

**Consignee:** P/V PACIFIC PRODUCER    **Shipper:** P/V PACIFIC PRODUCER

| QTY | Description | Weight | Rate Quantity | TLI | Rate | Amount |
|---|---|---|---|---|---|---|
| 2 | PALLET(S) GROCERIES FROZEN | 2,325 | 2,325.00 LBS | 0000-20-0001 | 36.66 /W | 852.35 |
| | Pallet | | | A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 | | 25.00 |
| | Stretch Wrap | | | | | 8.00 |
| | FUEL SURCHARGE | | | FSC | 20.00 % | 170.47 |
| | WHARFAGE: DUTC-CTI | | | WH | | 127.85 |
| | | | | | BL Total | $1,183.67 |

**Comments:**

| | |
|---|---|
| PORT SECURITY FEE | 20.00 |
| **Subtotal:** | $1,203.67 |
| Sales Tax: | 0.00 |
| **Total Due:** | $1,203.67 |

Thank you for shipping with Coastal. We appreciate your business.

Please remit payment to:
Coastal Transportation, Inc.
4025 13th Avenue West
Seattle, WA 98119

Please note: Subject to the terms and condition set forth on Bill of Lading, Tariff, and/or Mate Receipt, as applicable. Past due accounts will be charged 1.5% finance charge per tariff and may result in account suspension.

Exhibit 6 to Complaint