HONORABLE JAMES L. ROBART

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., a Washington corporation, | Civil Action No.: 2:17-cv-01555-JLR |
| Plaintiff, | NOTICE OF APPEARANCE |
| vs. | |
| EAST WEST SEAFOODS L.L.C., a Washington limited liability company, | |
| Defendant. | |

TO:    CLERK OF THE COURT; and

TO:    Plaintiff COASTAL TRANSPORTATION, INC., and ERIC SIEBERT of HOLMES WEDDLE & BARCOTT, its attorney

      YOU ARE HEREBY NOTIFIED that Defendant EAST WEST SEAFOODS L.L.C., by and through its attorney of record, Harold A. Thoreen of the law firm of Harold A. Thoreen, P.S., Inc., hereby enters its appearance in this matter without waiving any objection and reserving all issues regarding venue and personal jurisdiction in this matter.  All further papers and pleadings herein, except original process, should be served upon the undersigned attorney at the address indicated below.

HAROLD A. THOREEN, P.S., INC.
FISHERMEN'S TERMINAL · NORDBY BUILDING
1715 WEST NICKERSON STREET
SEATTLE, WASHINGTON 98119-1633
TELEPHONE (206) 285-9393 · FAX (206) 285-9395
HTHOREEN@HATLAW.NET
WSBA #6378

DATED this 11th day of December, 2017.

**HAROLD A. THOREEN, P.S., INC.**

*s/ Harold A. Thoreen*
Harold A. Thoreen, WSBA #6378
Attorney for Defendant East West Seafoods L.L.C.
1715 West Nickerson Street
Seattle, Washington 98119-1633
Telephone (206) 285-9393
Fax (206) 285-9395
hthoreen@hatlaw.net

NOTICE OF APPEARANCE - 2
CASE NO. 2:17-cv-01555-JLR

HAROLD A. THOREEN, P.S., INC.
FISHERMEN'S TERMINAL · NORDBY BUILDING
1715 WEST NICKERSON STREET
SEATTLE, WASHINGTON 98119-1633
TELEPHONE (206) 285-9393 · FAX (206) 285-9395
HTHOREEN@HATLAW.NET
WSBA #6378

## CERTIFICATE OF SERVICE

I hereby certify that on December 11, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all associated counsel:

Eric Siebert
Holmes Weddle & Barcott
999 Third Avenue, Suite 2600
Seattle, WA 98104
(206) 292-8008
esiebert@hwb-law.com

I certify under penalty of perjury under the laws of the State of Washington that the foregoing is true and correct.

Signed at Seattle, Washington this 11th day of December, 2017.

*s/ Sylvia Louise Rollins*
Legal Secretary
HAROLD A. THOREEN, P.S., INC.
1715 West Nickerson Street
Seattle, WA 98119-1633
Email: *srollins@hatlaw.net*

HAROLD A. THOREEN, P.S., INC.
FISHERMEN'S TERMINAL · NORDBY BUILDING
1715 WEST NICKERSON STREET
SEATTLE, WASHINGTON 98119-1633
TELEPHONE (206) 285-9393 · FAX (206) 285-9395
HTHOREEN@HATLAW.NET
WSBA #6378