HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAST WEST SEAFOODS L.L.C., a Washington limited liability company,<br><br>Defendant. | Civil Action No.: 2:17-cv-01555-JLR<br><br>[PROPOSED] <br><br>ORDER GRANTING MOTION TO WITHDRAW AND FOR RELIEF FROM DEADLINES |

THIS MATTER comes before this Court on the motion of Harold A. Thoreen / Harold A. Thoreen, P.S., Inc. to withdraw as attorney for East West Seafoods L.L.C. and relief from deadlines. This Court has reviewed the Motion and supporting Declaration and is fully informed.

Accordingly, IT IS HEREBY ORDERED that:

1. The Motion of Harold A. Thoreen / Harold A. Thoreen, P.S., Inc. to withdraw as attorney for defendant East West Seafoods L.L.C. and relief from deadlines is hereby granted.

2. Harold A. Thoreen and Harold A. Thoreen, P.S. are relieved of any further duty as counsel for defendant East West Seafoods L.L.C. upon condition that Harold A. Thoreen serves East West Seafoods L.L.C. with a copy of this Order by either personal service or certified mail, within ten (10) days of the date of this Order, and by email to East West

[PROPOSED] ORDER GRANTING MOTION TO WITHDRAW AND FOR RELIEF FROM DEADLINES - 1
CASE NO. 2:17-cv-01555-JLR

HAROLD A. THOREEN, P.S., INC.
FISHERMEN'S TERMINAL · NORDBY BUILDING
1715 WEST NICKERSON STREET
SEATTLE, WASHINGTON 98119-1633
TELEPHONE (206) 285-9393 · FAX (206) 285-9395
HTHOREEN@HATLAW.NET
WSBA #6378

Seafoods L.L.C. Additionally, counsel shall file in this case a certificate of service of a copy of this Order, showing the date of such service if served personally or a return receipt if served by mail.

3. This action is **STAYED** for thirty (30) days during which time defendant East West Seafoods L.L.C. may have substitute counsel file a Notice of Appearance. Pursuant to Local Civil Rule 83.2(b)(4), if East West Seafoods L.L.C. fails to obtain a replacement attorney in this time, the court will enter default against East West Seafoods LLC.

IT IS SO ORDERD.

DATED this 26th day of January, 2018.

*/s/ James L. Robart*
HONORABLE JAMES L. ROBART
United States District Court Judge

[PROPOSED] ORDER GRANTING MOTION TO
WITHDRAW AND FOR RELIEF FROM DEADLINES - 2
CASE NO. 2:17-cv-01555-JLR

HAROLD A. THOREEN, P.S., INC.
FISHERMEN'S TERMINAL · NORDBY BUILDING
1715 WEST NICKERSON STREET
SEATTLE, WASHINGTON 98119-1633
TELEPHONE (206) 285-9393 · FAX (206) 285-9395
HTHOREEN@HATLAW.NET
WSBA #6378