# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAST WEST SEAFOODS LLC, <br><br> Defendant. | CASE NO. C17-1555JLR <br><br> ORDER OF DEFAULT |

Pursuant to the court's March 13, 2018, order (Dkt. # 15), it is hereby ORDERED that Defendant East West Seafoods LLC is in default.

Filed and entered this 14th day of March, 2018.

                                                WILLIAM M. MCCOOL
                                                Clerk of Court

                                                s/ Ashleigh Drecktrah
                                                Deputy Clerk