UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> EAST WEST SEAFOODS LLC, <br><br> Defendant. | CASE NO. C17-1555JLR <br><br> ORDER DENYING MOTION FOR DEFAULT JUDGMENT |

Before the court is Plaintiff Coastal Transportation, Inc.'s ("Coastal") motion for default judgment against Defendant East West Seafoods LLC ("EWS"). (Mot. (Dkt. # 18).) The Local Civil Rules provide specific requirements for a party seeking default judgment, and Coastal has not satisfied those requirements. *See* Local Rules W.D. Wash. LCR 55. Coastal's motion and supporting documents provide insufficient supporting evidence for the court to enter judgment against EWS. *See id.* LCR 55(b)(2). Specifically, Coastal does not "provide a concise explanation of how all amounts were

ORDER - 1

calculated." *See id.* LCR 55(b)(2)(A). Accordingly, the court DENIES NNW's motion for default judgment (Dkt. # 18) WITHOUT PREJUDICE to seeking default judgment in accordance with the Local Civil Rules.

Dated this 2nd day of April, 2018.

JAMES L. ROBART
United States District Judge

ORDER - 2