HONORABLE JAMES L. ROBART

THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., a Washington corporation,<br><br>Plaintiff,<br><br>vs.<br><br>EAST WEST SEAFOODS L.L.C., a Washington limited liability company,<br><br>Defendant. | Case No.: 2:17-cv-01555-JLR<br><br>[~~PROPOSED~~] ORDER GRANTING STIPULATED MOTION TO PROCEED WITH TRIAL BEFORE AN ASSIGNED U.S. MAGISTRATE JUDGE PURSUANT TO LCR 73 |

THIS MATTER having come before the Court on the parties' *Stipulated Motion to proceed trial with before an assigned U.S. Magistrate Judge* pursuant to LCR 73, the Court having reviewed the pleadings and being thus informed and good cause; now therefore,

IT IS ORDERED that the *Stipulated Motion to proceed trial with before an assigned U.S. Magistrate Judge* is hereby GRANTED. The court VACATES the August 26, 2019, trial date and related pretrial dates (see Dkt. #33).

DATED this 16th day of July, 2019.

_____
UNITED STATES DISTRICT JUDGE

~~PROPOSED~~ ORDER - 1
No. 2:17-cv-01555-JLR

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289

**Presented by:**

HOLMES WEDDLE & BARCOTT, PC

_[signature]_

John D. Casperson, WSBA No. 14292
Attorneys for Coastal Transport, Inc.

_[signature]_

Marc S. Stern, WSBA No. 8194
Attorneys for East West Seafoods, L.L.C.

CERTIFICATE OF SERVICE
The undersigned certifies under penalty of perjury of the laws of the State of Washington that, on the 15th day of July, 2019, the foregoing was electronically filed with the Clerk of Court using the CM/ECF system and will send notification of such filing to the following:

Marc S. Stern
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117-5532
Email: marc@hutzbah.com
Counsel for Defendant

_[signature]_

Alegria S. Forman

PROPOSED ORDER - 2
No. 2:17-cv-01555-JLR

HOLMES WEDDLE & BARCOTT, A
PROFESSIONAL CORPORATION
999 THIRD AVENUE, SUITE 2600
SEATTLE, WA 98104-4011
TELEPHONE (206) 292-8008 | FAX (206) 340-0289