THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| COASTAL TRANSPORTATION, INC., a Washington corporation, | Case No.: 2:17-cv-01555-MLP |
| Plaintiff, | |
| vs. | ORDER GRANTING STIPULATED DISMISSAL |
| EAST WEST SEAFOODS L.L.C., a Washington limited liability company, | |
| Defendant. | |

THIS MATTER having come before the above-entitled court on the Stipulation of the parties, and therefore, IT IS HEREBY

ORDERED that the above-entitled action is dismissed with prejudice and that each party shall bear their own costs and attorney's fees incurred in the above-captioned case.

SO ORDERED this 5th day of November, 2019.

MICHELLE L. PETERSON
United States Magistrate Judge

**Presented by:**

*Attorneys for Plaintiff*                    *Attorneys for Defendant*

HOLMES WEDDLE & BARCOTT, P.C.        THE LAW OFFICE OF MARC S. STERN

By: _/s/ John E. Casperson_____        By: _/s/ Marc S. Stern_____
John E. Casperson, WSBA No. 14292        Marc S. Stern, WSBA No. 8194
999 Third Avenue, Suite 2600        1825 NW 65th Street
Seattle, WA 98104        Seattle, WA 98117-5532
Telephone: 206-292-8008        Telephone: 206-448-7996
Facsimile: 206-340-0289        Facsimile: 206-297-8778
Email: casperson@hwb-law.com        Email: marc@hutzbah.com

CERTIFICATE OF SERVICE
The undersigned certifies under penalty of perjury
of the laws of the State of Washington that, on the
1st day of November, 2019, the foregoing was electronically
filed with the Clerk of Court using the CM/ECF system
and will send notification of such filing to the following:

Marc S. Stern
Attorney at Law
1825 NW 65th Street
Seattle, WA 98117-5532
Email: marc@hutzbah.com
Counsel for Defendant

_____
Alegria S. Forman